PD-0143-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/3/2015 9:02:36 AM
Accepted 9/3/2015 9:12:58 AM
ABEL ACOSTA
CLERK

## Cause No. PD-0145-15

# IN THE COURT OF CRIMINAL APPEALS FOR TEXAS

| | | |
|---|---|---|
| **CYNTHIA AMBROSE,** | § | |
| *Petitioner/Appellee,* | § | |
| | § | **On Discretionary Review** |
| **v.** | § | **From the Fourth Court of** |
| | § | **Appeals – San Antonio** |
| | § | **04-15-00788-CR** |
| **THE STATE OF TEXAS,** | § | |
| *Respondent/Appellant.* | § | |

## STATE'S NOTICE OF APPEARANCE FOR ORAL ARGUMENT

TO THE HONORABLE JUDGES OF THE COURT:

Now comes the State of Texas, Respondent in the above styled and numbered cause, and hereby gives notice to the Court that the undersigned Assistant Criminal District Attorney intends to appear and present oral argument, which the Court has permitted and scheduled for October 7, 2015.

Respectfully Submitted:

**S. Patrick Ballantyne**
Assistant Criminal District Attorney
Bexar County, Texas
State Bar # 24053759
101 W. Nueva St., 7th floor
San Antonio, Texas 78205
210-335-2277 (phone)
sballantyne@bexar.org

1

## CERTIFICATE OF SERVICE

I, S. Patrick Ballantyne, hereby certify that a true and correct copy of this Brief was transmitted this 3rd day of September, 2015, to Dayna L. Jones (daynaj33@gmail.com), attorney of record for Petitioner, by email and electronic service through a court approved eFiling system.

S. Patrick Ballantyne